R. A. SCHOENBERG & CO v. HALL et al. (No. 6148.) (Supreme Court, Appellate Division, First Department. October 23, 1914.)

Appeal from Special Term, New York County. Action by R. A. Schoenberg & Co. against Sarah J. A. Hall and others. From an order granting defendants' motion to vacate an order for examination of the defendants before trial, plaintiff appeals. Reversed. M. L. Heidenheimer, of New York City, for appellant. Thomas J. Whalen, of New York City, for respondents.

PER CURIAM. The order appealed from is reversed, with $10 costs and disbursements, and the order for examination modified, by limiting the examination to facts tending to prove the plaintiff's cause of action.